| | |
|---|---|
| **RICHARD A. BESHWATE, JR. 179782**<br>ATTORNEY AT LAW<br>2020 TULARE STREET, SUITE A<br>FRESNO, CALIFORNIA 93721<br>TELEPHONE: (559) 266-5000 | |

Attorney for Defendant, ELFEGO ALCALA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ELFEGO ALCALA,<br><br>　　　　　　Defendant | Case No.: 1:18 cr 00182 LJO SKO<br><br>STIPULATION TO MODIFY DEFENDANT'S PRETRIAL RELEASE CONDITIONS AND ORDER<br>Judge: Hon. Sheila K. Oberto |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD A. BESHWATE, JR., attorney for Defendant, ELFEGO ALCALA, and LAURA WITHERS, Assistant U.S. Attorney, that Defendant's MOTION TO MODIFY PRETRIAL RELEAE CONDITIONS be taken off calendar because the parties have agreed that Defendant's Pretrial Services Location Monitoring Condition be removed upon him being placed upon ICE electronic monitoring, which is to occur Tuesday, December 18, 2018.

Date:　December 17, 2018　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/S/ Richard A. Beshwate, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD A. BESHWATE, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for ELFEGO ALCALA

　　　　　　　　　　　　　　　　　　　　　　　　　/S/ Laura Withers
　　　　　　　　　　　　　　　　　　　　　　　　　Laura Withers, AUSA

**ORDER**

It is hereby ordered that the Motion to Modify Defendant, ELFEGO ALCALA's, Pretrial Release Conditions be taken off calendar pursuant to the parties' agreement that the Pretrial Services Location Monitoring Condition shall be removed and Mr. ALCALA will be placed on ICE electronic monitoring.

IT IS SO ORDERED.

Dated: __**December 17, 2018**__         /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE