| | |
|---|---|
| 1 | NICHOLAS F. REYES, #102114 |
| | LAW OFFICES OF NICHOLAS F. REYES |
| 2 | 1107 R STREET |
| | FRESNO, CA 93721 |
| 3 | Telephone: 559-486-4500 |
| | Facsimile: 559-486-4533 |
| 4 | Email: nfreyeslaw@gmail.com |

Attorney for Defendant
ELFEGO ALCALA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00182-LJO-SKO |
| Plaintiff, | <u>STIPULATION TO INCLUDE COUNSELING PRETRIAL RELEASE CONDITION RE: DEFENDANT ELFEGO ALCALA; AND ORDER</u> |
| v. | |
| ELFEGO ALCALA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Defendant ELFEGO ALCALA, through his counsel of record, Nicholas F. Reyes, and the UNITED STATES OF AMERICA, by and through its counsel of record, Laura D. Withers, Assistant United States Attorney for the Eastern District of California, that it would be appropriate to include a condition of mental health counseling among the defendant's pretrial release conditions. The Order Setting Conditions of Release as to this defendant, dated September 28, 2018, does not currently include any such condition and does not permit the Pretrial Services Agency to refer the defendant for mental health counseling that now appears to be necessary.

**IT IS SO STIPULATED**

                                                                                                Respectfully submitted,

Dated: 03/18/19                                          /s/ Nicholas F. Reyes
                                                                                               NICHOLAS F. REYES
                                                                                               Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 03/18/19  /s/ Laura D. Withers
LAURA D. WITHERS
Assistant U.S. Attorney

**ORDER**

Good cause appearing, the conditions of release for defendant ELFEGO ALCALA shall from this date forward include the condition that he participate in mental health counseling as directed by the Pretrial Services Agency.

IT IS SO ORDERED.

Dated: **April 4, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE