McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELFEGO ALCALA &<br>TAMILENE CISNEROS,<br><br>Defendants. | CASE NO. 1:18-CR-00182-NONE<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: March 27, 2020<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1. By previous order, this matter was set for sentencing on March 27, 2020.

2. By this stipulation, defendants Elfego Alcala and Tamilene Cisneros now move to continue the sentencing until August 7, 2020 at 8:30.

IT IS SO STIPULATED.

Dated: March 18, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ LAURA D. WITHERS
LAURA D. WITHERS
Assistant United States Attorney

| | |
|---|---|
| Dated: March 18, 2020 | /s/ NICHOLAS REYES<br>NICHOLAS REYES<br>Counsel for Defendant<br>ELFEGO ALCALA |
| Dated: March 18, 2020 | /s/ SERITA RIOS<br>SERITA RIOS<br>Counsel for Defendant<br>TAMILENE CISNEROS |

**ORDER**

IT IS SO ORDERED.

Dated: **March 18, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE