NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone:  559-486-4500
Facsimile:  559-486-4533
Email:  nfreyeslaw@gmail.com

Attorney for Defendant
ELFEGO ALCALA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELFEGO ALCALA,<br><br>Defendant. | CASE NO. 1:18-CR-00182-LJO-SKO<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO PERMIT SURRENDER OF PASSSPORT FOR ELFEGO ALCALA; AND ORDER |

IT IS HEREBY STIPULATED by and between Defendant ELFEGO ALCALA, through his counsel of record, Nicholas F. Reyes, and the UNITED STATES OF AMERICA, by and through its counsel of record, Laura D. Withers, Assistant United States Attorney for the Eastern District of California, that  Mr. Alcala's conditions of Pretrial Release be modified to include the following:

1. You must surrender your Mexican Passport to the Clerk, U.S. District Court, and you must not apply or obtain a passport or any other travel documents during the pendency of this case.

2. All previously imposed conditions of release not in conflict with this order remain in full force and effect.

The basis for this request is as follows:

The parties were recently advised that Mr. Alcala obtained a Mexican Passport at the direction of his immigration attorney in order to complete the process of obtaining a U-Visa. At the direction of Pretrial Services, Mr. Alcala has relinquished her passport to defense

counsel. In order for counsel to surrender the passports to the U.S. District Court it is necessary to modify his conditions as requested.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 07/13/20                                                      /s/ Nicholas F. Reyes
                                                                                NICHOLAS F. REYES
                                                                                Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 07/13/20                                                      /s/ Laura D. Withers
                                                                                LAURA D. WITHERS
                                                                                Assistant U.S. Attorney

## **ORDER**

Good cause appearing, the conditions of release for defendant ELFEGO ALCALA shall be modified to permit the surrender of his Mexican Passport to the U.S. District Court clerk.
IT IS SO ORDERED.

Dated:   **July 13, 2020**                            /s/ Barbara A. McAuliffe
                                                                  UNITED STATES MAGISTRATE JUDGE